JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 14, 2011

Check No. 2032657

Check Amount: $42.29

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40242-R | 00011 | LISA A. CAMPIONE | 8 | 7902 | 8.46 | 0.00 | 8.46 |
| | | Original check written to: <br> WILLOWBEND DIAGNOSTIC IMAGING <br> 5025 PARK BLVD <br> SUITE 500 BLDG A <br> PLANO, TX 75093 | | | | | |
| 06-40242-R | 00016 | LISA A. CAMPIONE | 13 | 0808 | 25.94 | 0.00 | 25.94 |
| | | Original check written to: <br> TEXAS WORKFORCE COMMISSION <br> TAX DEPARTMENT <br> 101 EAST 15TH STREET <br> AUSTIN, TX 78778-0001 | | | | | |
| 06-41682-R | 00031 | DEBRA ANN KLEMPEL | 6 | XXXXX4432 | 3.33 | 0.00 | 3.33 |
| | | Original check written to: <br> TEXAS WORKFORCE COMMISSION <br> FRAUD DETECTION, ROOM 370 <br> 101 EAST 15TH STREET <br> AUSTIN, TX 78778 | | | | | |
| 07-41601-R | 00046 | ERNESTO LLEVERINO, JR. & MISTY M. LLEVERINO | 9 | XXXXX8901 | 4.56 | 0.00 | 4.56 |
| | | Original check written to: <br> ALLTEL CORPORATION <br> BK DEPT 1269 B5F03-B <br> ONE ALLIED DRIVE <br> LITTLE ROCK, AR 72202-2013 | | | | | |
| | | | **TOTALS** | | **$42.29** | **$0.00** | **$42.29** |